# Court of Appeals
# of the State of Georgia

ATLANTA, April 14, 2016

*The Court of Appeals hereby passes the following order*

**A16I0172. BRITTANY LYNN SCHOOLER v. THE STATE.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

15CR0179



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, April 14, 2016.*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , *Clerk.*